IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY ROSS, | |
| Plaintiff, | **8:26CV126** |
| vs. | |
| JOY CAMPANELLI, GENINE D. EDWARDS, and BRIAN GOTTLIEB, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the Court on its own motion. On March 27, 2026, the Clerk of the Court sent an order to Plaintiff at Plaintiff's last known address and it was returned to this Court as undeliverable. *See* Filing No. 6. Plaintiff has an obligation to keep the Court informed of Plaintiff's current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff must update Plaintiff's address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **June 1, 2026**: check for address.

Dated this 1st day of May, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2