IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLY ROSS,

      Plaintiff,

vs.

JOY CAMPANELLI, GENINE D.
EDWARDS, and BRIAN GOTTLIEB,

      Defendants.

**8:26CV126**

**MEMORANDUM AND ORDER**

On May 1, 2026, the Court ordered Plaintiff to update her address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 8th day of June, 2026.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Senior United States District Judge